**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Johnny Pernell HARRIS, Defendant–**
**Appellant.**

**No. 09–10990**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 18, 2010.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Johnny Pernell Harris has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Harris has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

---

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The record does reveal a clerical error in the judgment. *See* FED.R.CRIM.P. 36. Although the transcript of the June 26, 2009, revocation hearing clearly reflects that the Government withdrew the charge that Harris violated Standard Condition No. 10 of his supervised release by associating with a person convicted of a felony, the district court's judgment nevertheless indicates that Harris violated this condition. This matter is REMANDED for correction of the clerical error.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.